43473) at 60 percent under paragraph 1419; (4) silk wearing apparel or silk articles the same as those involved in Abstract 29972 at 60 percent under paragraph 1210; and (5) hats in chief value of straw the same as those passed upon in *Stern* v. *United States* (12 Ct. Cust. Appls. 514, T. D. 40701) at 50 percent under paragraph 1406.

**No. 40234.**—Protest 894819–G of Wilbur Ellis Co. (Los Angeles).

Opinion by DALLINGER, J.   The evidence on the whole was found to be unsatisfactory and more or less contradictory.   It was held that even if the exhibit could be said to represent the merchandise at bar the case of *Stone* v. *United States* (21 C. C. P. A. 206, T. D. 46729) is controlling as the merchandise had been advanced beyond the stage of steel flats into that of bands or strips of steel by a cold-rolling operation.   It was therefore held properly classified at 25 percent under paragraph 313.

**No. 40235.**—Protest 894784–G of S. K. F. Steele, Inc. (Los Angeles).

Opinion by DALLINGER, J.   The examiner described the merchandise as large boards with pieces of steel attached thereto, the steel of hollow drill varying from 3 to 4 inches in length.   There was no proof that the pieces of hollow drill steel are either billets or bars.   The protest was therefore overruled.

**No. 40236.**—Protests 878111–G, etc., of Schatz Mfg. Co. et al. (New York).

Opinion by DALLINGER, J.   On the records presented the protests were overruled.

**No. 40237.**—Protests 888977–G, etc., of Manealoff & Co., Inc., et al. (Baltimore, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 27, 1938

**No. 40238.**—Petition 5613–R of Denver Equipment Co. (Denver).

Opinion by CLINE, J.   It appeared that the importer furnished the collector with all the information he had and made no attempt to defraud or conceal.   On the record presented the petition was granted.

**No. 40239.**—Petition 5717–R of Folkard & Lawrence, Inc. (New York).